**VAN–126** Order for Refund of Unclaimed Funds – Rev. 02/03/2021

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
**Fayetteville Division**

IN RE:
Linda Adams Morrison
( _known aliases_: Linda Elizabeth Adams )
6017 Rockfish Road
Hope Mills, NC 28348

CASE NO.: 12–07082–8–JNC

DATE FILED: October 3, 2012

CHAPTER: 13

### ORDER FOR REFUND OF UNCLAIMED FUNDS

On June 23, 2021, an application was filed for the Claimant(s), Dilks & Knopik, LLC as assignee to Prosper Marketplace Inc., for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. Section 2042, the sum of $1,370.55 held in unclaimed funds be made payable to Dilks & Knopik, LLC as assignee to Prosper Marketplace Inc. and be disbursed to the payee at the following address: 35308 SE Center Street, Snoqualmie, WA 98065. The Clerk will disburse these funds not earlier than 14 days after entry of this order.

DATED: July 30, 2021

Joseph N. Callaway
United States Bankruptcy Judge